| State v. Flanagan. | *84 N. J. L.* |
|---|---|

---

THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOSEPH FLANAGAN, PLAINTIFF IN ERROR.

Submitted March 24, 1913—Decided June 18, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 379.

For the defendant in error, *C. Addison Swift*, prosecutor of the pleas.

For the plaintiff in error, *John R. Connolly* and *William R. Wilson*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—The Chancellor, Swayze, Trenchard, Parker, Voorhees, Minturn, Kalisch, Bogert, Vreden-burgh, Congdon, White, Terhune, Heppenheimer, JJ. 13.

*For reversal*—None.